CHARLES C. REUBEL et al., Respondents, et al., Plaintiffs, *v.* THOMAS LEWIS, Individually and as President of Local No. 32-E of the Building Service Employees International Union, A. F. L., Appellant, et al., Defendants.

Submitted July 19, 1944; decided July 19, 1944.

*Arnold Cohen* for motion.
*Stanley Faulkner* opposed.

Motion granted and stay continued until the appeal is determined. The record does not show whether a judgment has been entered on the order of the Appellate Division. The appeal must be taken from such a judgment.

LUCIA DI BARTOLO et al., Respondents, *v.* CITY OF NEW YORK, Appellant.

Submitted July 19, 1944; decided July 19, 1944.

Motion by appellant for a reargument denied, with ten dollars costs and necessary printing disbursements. (See 293 N. Y. 114.)